# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
STG, INC.,                          *
                                    *
                                    *
                                    *
              Protestor,            *
                                    *   No. 18-837C
v.                                  *   Filed: June 15, 2018
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of protestor's June 14, 2018 Notice of Voluntary Dismissal without prejudice. Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims (2017), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**